**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1552**

DAVID GREENE, JR.,

Plaintiff - Appellant,

v.

IGC MS. PULLIAM; MS. KRUEGER, Warden's Secretary; ADA DAVID MARTINEZ; WARDEN KENNETH SHARPE; REGIONAL DIRECTOR CLARKE; MAJOR ROBERTS; ASSOC. WARDEN CHUVALA; CAPTAIN JOHNSON; MAJOR MEEKS; LT. MCFADDEN,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Bruce H. Hendricks, District Judge. (4:24-cv-05308-BHH)

Submitted: August 21, 2025                    Decided: August 25, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Greene, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Greene, Jr., seeks to appeal the district court's order accepting the magistrate judge's recommendation and dismissing with prejudice Greene's 42 U.S.C. § 1983 complaint for failure to state a claim under 28 U.S.C. §§ 1915(e), 1915A. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on April 10, 2025. Greene filed the notice of appeal on May 14, 2025. Because Greene failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2